## THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| RE: AARON MICHAEL COLEMAN, | * | CHAPTER 13 |
| BROOK ANN COLEMAN | * | CASE NO. 25-50170 |
| Debtors. | * | |
| | * | |
| ---------------------------------------------------------------- | * | |

### NOTICE OF HEARING & DEADLINE TO FILE OBJECTION

PLEASE TAKE NOTICE that the Movant has requested the entry an order granting the following Motion, a copy of which is attached hereto:

### MOTION TO EXTEND AUTOMATIC STAY

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion has been scheduled in the U.S. Bankruptcy Court for Western District of Virginia as follows:

| Date & Time | Location |
|---|---|
| April 24, 2025 at 9:30 a.m. | The hearing shall be held by Zoom using URL https://vawb-uscourts-gov.zoomgov.com/j/1603692643 and Meeting ID: 1603692643. |

**PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 9013-1(M), any party wishing to object to the Motion must file a written response to the Motion with the Court and serve such objection upon the undersigned counsel by not less than seven (7) days before the date of the hearing specified in this Notice, and that the failure to file a response by this deadline may result in the Court treating the Motion as uncontested, entering an order granting the Motion prior to the hearing, cancelling the hearing described in this Notice, and / or taking such other action as may be appropriate to further the ends of justice.**

Date: April 10, 2025        AARON MICHAEL COLEMAN
                            BROOK ANN COLEMAN

                    By:   /s/ DAVID WRIGHT_____
                                    Counsel

DAVID WRIGHT (VSB No. 40424)
COX LAW GROUP, PLLC

900 Lakeside Drive
Lynchburg, VA 24501
Telephone:    434-845-2600
Facsimile:    434-845-0727
Email: dave@coxlawgroup.com
Counsel for the Movant

## Certificate of Service

  The undersigned certifies that on April 10, 2025: (a) I caused to be mailed through United States Postal Service First Class Mail, a true and correct copy of the attached Motion and Notice of Hearing addressed to the parties indicated on the mailing matrix retrieved from this Court's database on this same date; and (b) That on this same date, the above referenced documents were filed electronically through the CM/ECF system which caused the Registered Participants in this proceeding to be served by electronic means with each document.

        /s/ DAVID WRIGHT
        Counsel

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

RE:  AARON MICHAEL COLEMAN,   *   CHAPTER 13
     BROOK ANN COLEMAN           *   CASE NO.  25-50170
               Debtors.                 *
                                       *
-------------------------------------------------------------------*

### DEBTORS' MOTION TO EXTEND AUTOMATIC STAY

Comes now, Aaron Michael Coleman and Brook Ann Coleman, the debtors ("Debtors"), by counsel, and files this motion pursuant to Bankruptcy Code Section 362 to request an extension of the automatic stay, and in support thereof, Debtor states as follows:

1. On March 27, 2025, (the "Petition Date") the Debtors filed in this Court a petition under Chapter 13 of the United States Bankruptcy Code.

2. The Debtors filed one prior bankruptcy case that was pending in the year prior to the Petition Date, to wit: Case No. 23-50347 in the Western District of Virginia, filed July 19, 2023, as a chapter 13 and dismissed March 5, 2025, without prejudice.

3. Due to the dismissal of the previous case, the automatic stay will expire 30 days after the date of filing this new petition.

4. The previous case was dismissed due to debtors' loss of income due to losing their son's social security income. The decrease in income caused the debtors to not afford the monthly chapter 13 plan payments.

5. In the present case, the debtors have a much lower chapter 13 plan payment that they can afford and believe they will be able to make regular and timely plan payments going forward. The debtors have agreed to have payments made through TFS."

For the forgoing reasons, the Debtor seeks an extension of the automatic stay imposed for 30-days pursuant to 11 U.S.C. §362(c)(3)(A), as to all creditors until further order or discharge to

effectuate an orderly reorganization, pursuant to 11 U.S.C. §362(c)(3)(B).

      **WHEREFORE,** your Debtors pray that the Court enter an order: (1) extending the automatic stay in this case, and (2) providing for such other relief as may be appropriate.

      Respectfully submitted,

      AARON MICHAEL COLEMAN

Date:  April 10, 2025      By:  /s/ DAVID WRIGHT

      Counsel

DAVID WRIGHT (VSB No. 40424)
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
Telephone:   434-845-2600
Facsimile:    434-845-0727
Email: dave@coxlawgroup.com
Counsel for the Movant